02-11-246-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00246-CV

 

 


 
 
 Joel A. Ramsey and Marla K. Ramsey
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 James R. Spray and Marianne Spray
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE 362nd
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellants’ “Agreed Motion To Dismiss
Appeal.”  It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellants, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
MCCOY,
MEIER, and GABRIEL, JJ.

 

DELIVERED:
 August 4, 2011









[1]See Tex. R. App. P. 47.4.